WILLIAM L. SCHMIDT, SBN #206870
ATTORNEY AT LAW
P.O. Box 25001
Fresno, CA 93729
TELEPHONE: 559.261.2222
FAX: 559.436.8163
E-MAIL: bschmidt@ncinternet.net

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA GRAHAM, | CASE NO.   1:08-CV-01480 OWW DLB |
| Plaintiff | |
| vs. | STIPULATION TO ALLOW FILING OF SECOND AMENDED COMPLAINT |
| MADISON NATIONAL LIFE INSURANCE, INC., | Complaint Filed:   October 1, 2008 |
| Defendant. | |

**It is hereby stipulated by the parties**, through their respective attorneys of record, that Plaintiff BARBARA GRAHAM, may file the proposed/attached Second Amended Complaint.

The Second Amended Complaint is identical to the First Amended Complaint except for the following changes.  The present paragraph 5 reads as follows:

> 5.  Barbara Graham purchased a Disability Income Policy from Madison National Life (hereinafter "MNL"), policy no. 79250062, on or about April 23, 1997.  Ms. Graham paid all premium payments timely in accordance with the policy.

Paragraph 5 of the Second Amended Complaint has the following additional wording.

1

**"and performed all conditions required under the contract with MNL or they were excused."**

Count II is modified to include the same additional paragraph which reads:

> 31.  Barbara Graham purchased a Disability Income Policy from MNL, policy no. 79250062, on or about April 23, 1997.  Ms. Graham paid all premium payments timely in accordance with the policy and performed all conditions required under the contract with MNL or they  were excused.

Count III is modified to include the same additional paragraph which reads:

> 33. Barbara Graham purchased a Disability Income Policy from MNL, policy no. 79250062, on or about April 23, 1997.  Ms. Graham paid all premium payments timely in accordance with the policy and performed all conditions required under the contract with MNL or they  were excused

It is further stipulated that any response currently due by Defendant Madison National Life Insurance, Inc., to Plaintiff's First Amended Complaint may await the Court's anticipated approval of Plaintiff's filing of the Second Amended Complaint.

Date:     February 9, 2009

By:     /s/
William L. Schmidt
Attorney for Plaintiff

By:     /s/ R. Libke for A. Sorenson as authorized 2/9/09
Andrew Sorenson
Attorney for Defendant

//

//

1
2
3
**ORDER**
4
**IT IS SO ORDERED**:
5
**DATE:** February 13, 2009          /s/ OLIVER W. WANGER
6
                                     Judge Oliver W. Wanger
7
                                     Judge of the United States District Court
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28