Andrew W. Sorensen, No. 078266
Ryan D. Libke, No. 193742
LAW OFFICES OF
**EMERSON, COREY, SORENSEN, CHURCH & YOHMAN**
2520 WEST SHAW LANE, SUITE 102
FRESNO, CALIFORNIA 93711-2765
Telephone: (559) 432-7641
Facsimile:   (559) 432-7639

Attorneys for Defendant, MADISON NATIONAL LIFE INSURANCE, INC.

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA GRAHAM,<br><br>         Plaintiff,<br>   vs.<br><br>MADISON NATIONAL LIFE INSURANCE, INC.,<br><br>         Defendant. | Case No.: 1:08-CV-01480 OWW DLB<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT AND ORDER**<br><br><br><br>COMPLAINT FILED:  October 1, 2008 |

**It is hereby stipulated by the parties**, through their respective attorneys of record, that Defendant, MADISON NATIONAL LIFE, may have an additional two-week extension, to and including March 9, 2009, to respond to Plaintiff's Second Amended Complaint.

DATED: February 23, 2009        LAW OFFICES OF WILLIAM L. SCHMIDT


                                By /s/ William L. Schmidt
                                   William L. Schmidt
                                   Attorney for Plaintiff,
                                   BARBARA GRAHAM

DATED: February 23, 2009        EMERSON, COREY, SORENSEN,
                                    CHURCH & YOHMAN


                                By /s/ Andrew W. Sorensen
                                   Andrew W. Sorensen
                                   Attorneys for Defendant,
                                   MADISON NATIONAL LIFE
                                   INSURANCE, INC.

---
Stipulation to Extent Time To Respond to Second Amended Complaint          Page 1

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

**IT IS SO ORDERED**:

**DATED:  February 24, 2009**

/s/ OLIVER W. WANGER<br>
Honorable Oliver W. Wanger<br>
Judge of the United States District Court