William L. Schmidt, No 206870
LAW OFFICES OF WILLIAM L. SCHMIDT
P.O. Box 25001
Fresno, CA 93729-5001
Telephone 559.261.2222
Fax No. 559.436.8163
Email: bschmidt@ncinternet.net

Attorney for Plaintiff, Barbara Graham

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA GRAHAM<br>　　　Plaintiff,<br>　　vs.<br>MADISON NATIONAL LIFE INSURANCE, INC.<br>　　　Defendant. | Case No.: 1:08-CV-01480 OWW DLB<br><br>**STIPULATION TO EXTEND TIME FOR DISCLOSURE OF EXPERT WITNESSES AND ORDER**<br><br>Complaint Filed:　　October 1, 2008 |

**It is hereby stipulated by the parties**, through their respective attorneys of record, that the date all parties shall disclose all expert witnesses, in writing, shall be moved from the original date of October 14, 2009 to on or before December 8, 2009.  The date for rebuttal or supplemental expert disclosures will be moved from November 14, 2009 to on or before January 5, 2010.

Dated: September 30, 2009

　　　　　　　　　　　　　　　　　　　By:　/s/ William L. Schmidt
　　　　　　　　　　　　　　　　　　　　　　William L. Schmidt
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff


　　　　　　　　　　　　　　　　　　　By:　/s/ Andrew W. Sorenson
　　　　　　　　　　　　　　　　　　　　　　Andrew W. Sorenson
　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant

LAW OFFICES OF WILLIAM L. SCHMIDT
P.O. Box 25001
Fresno, CA 93729-5001
Telephone 559.261.2222

1
2
3
4                                                               IT IS SO ORDERED.
5  **Dated:   September 30, 2009**              **/s/ Oliver W. Wanger**
                                                UNITED STATES DISTRICT JUDGE
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LAW OFFICES OF WILLIAM L. SCHMIDT
P.O. Box 25001
Fresno, CA 93729-5001
Telephone 559.261.2222