Andrew W. Sorensen, No. 078266

LAW OFFICES OF
**EMERSON, COREY, SORENSEN, CHURCH & LIBKE**
2520 WEST SHAW LANE, SUITE 102
FRESNO, CALIFORNIA 93711-2765
Telephone: (559) 432-7641
Facsimile: (559) 432-7639

Attorneys for Defendant, MADISON NATIONAL LIFE INSURANCE, INC.

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| BARBARA GRAHAM, | Case No.: 1:08-CV-01480 OWW DLB |
|---|---|
| Plaintiff, | **PROPOSED ORDER ON STIPULATION TO MODIFY SCHEDULING ORDER OF 4/16/09 RE EXPERTS** |
| vs. | |
| MADISON NATIONAL LIFE INSURANCE, INC., | |
| Defendant. | TRIAL: April 27, 2010<br>COMPLAINT FILED: October 1, 2008 |

The Court, having considered the party's Stipulation that the dates in the Scheduling Order dated April 16, 2009, be modified, Orders as follows:

The date for parties to complete expert discovery is extended to February 15, 2010.

IT IS SO ORDERED:

DATED: October 7, 2009

_____
Honorable Oliver Wanger
UNITED STATES DISTRICT JUDGE