Andrew W. Sorensen, No. 078266

LAW OFFICES OF
**EMERSON, COREY, SORENSEN, CHURCH & LIBKE**
2520 WEST SHAW LANE, SUITE 102
FRESNO, CALIFORNIA  93711-2765
Telephone: (559) 432-7641
Facsimile:   (559) 432-7639

Attorneys for Defendant, MADISON NATIONAL LIFE INSURANCE, INC.

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA GRAHAM,<br><br>     Plaintiff,<br>vs.<br><br>MADISON NATIONAL LIFE INSURANCE, INC.,<br><br>     Defendant. | Case No.: 1:08-CV-01480 OWW DLB<br><br>**ORDER ON STIPULATION TO MODIFY SCHEDULING ORDER OF 4/16/09 RE DISCOVERY**<br><br><br>TRIAL:  April 27, 2010<br>COMPLAINT FILED:  October 1, 2008 |

The Court, having considered the party's Stipulation that the dates in the Scheduling Order dated April 16, 2009, be modified, Orders as follows:

The date for parties to complete all discovery, including experts, is extended from December 15, 2009 to January 15, 2010.

IT IS SO ORDERED:

DATED:  November 25, 2009

    /s/ OLIVER W. WANGER
    Honorable Oliver Wanger
    UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com