Andrew W. Sorensen, No. 078266

LAW OFFICES OF
**EMERSON, COREY, SORENSEN, CHURCH & LIBKE**
2520 WEST SHAW LANE, SUITE 102
FRESNO, CALIFORNIA 93711-2765
Telephone: (559) 432-7641
Facsimile:   (559) 432-7639

Attorneys for Defendant, MADISON NATIONAL LIFE INSURANCE, INC.

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA GRAHAM,<br><br>         Plaintiff,<br>    vs.<br><br>MADISON NATIONAL LIFE INSURANCE, INC.,<br><br>         Defendant. | Case No.: 1:08-CV-01480 OWW DLB<br><br>**ORDER ON STIPULATION TO MODIFY SCHEDULING ORDERS**<br><br><br><br>TRIAL: April 27, 2010<br>COMPLAINT FILED:  October 1, 2008 |

The Court, having considered the party's Stipulation that the dates in the Scheduling Order dated April 16, 2009 and Orders modifying the Scheduling Order, Orders as follows:

1.     The date for all parties to disclose expert witnesses, in writing, is extended to January 15, 2010.

2.     The date for all parties to complete expert discovery is moved to February 15, 2010.

IT IS SO ORDERED:

DATED:  December 24, 2009

                                                                                   /s/ OLIVER W. WANGER
                                                                        UNITED STATES SENIOR DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com