Andrew W. Sorensen, No. 078266

LAW OFFICES OF
**EMERSON, COREY, SORENSEN, CHURCH & LIBKE**
2520 WEST SHAW LANE, SUITE 102
FRESNO, CALIFORNIA 93711-2765
Telephone: (559) 432-7641
Facsimile:   (559) 432-7639

Attorneys for Defendant, MADISON NATIONAL LIFE INSURANCE, INC.

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA GRAHAM,<br><br>　　　　Plaintiff,<br>　vs.<br><br>MADISON NATIONAL LIFE INSURANCE, INC.,<br><br>　　　　Defendant. | Case No.: 1:08-CV-01480 OWW DLB<br><br>**ORDER ON STIPULATION TO CONTINUE TRIAL DATE AND MODIFY SCHEDULING ORDERS**<br><br><br>TRIAL: April 27, 2010<br>COMPLAINT FILED:  October 1, 2008 |

The Court, having considered the party's Stipulation that the dates in the Scheduling Order dated April 16, 2009 and Orders modifying the Scheduling Order, Orders as follows:

1.　That the present trial date of April 27, 2010 be vacated and the court reset the matter for trial on July 27, 2010.

2.　That the Mandatory Settlement Conference presently set for January 13, 2010 and the Motion to Compel set for January 15, 2010 remain on calendar as set.

3.　That other dates be rescheduled as follows:

| | |
|---|---|
| Non-Dispositive Motion filing Deadline | February 26, 2010 |
| Dispositive Motion Filing Deadline | March 29, 2010 |
| Non-Expert discovery cut-off | April 15, 2010 |
| Disclosure of Experts | April 15, 2010 |
| Expert Discovery Cut-Off | May 30, 2010 |

PDF created with pdfFactory trial version www.pdffactory.com

Pretrial Conference                                                                          June 28, 2010

NO FURTHER CONTINUANCES.

IT IS SO ORDERED:

DATED:  January 5, 2010

                                              /s/ OLIVER W. WANGER
                                              Honorable Oliver Wanger
                                              UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com