# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA GRAHAM,<br><br>    Plaintiff,<br><br>    vs.<br><br>MADISON NATIONAL LIFE INSURANCE,<br>INC., et al., | Case No.  1:08-CV-01480 OWW DLB<br><br>**STIPULATION FOR DISMISSING ACTION WITH PREJUDICE AND ORDER THEREON**<br><br>Complaint Filed: October 1, 2008 |

IT IS HEREBY STIPULATED, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), by and between Plaintiff BARBARA GRAHAM, and Defendant MADISON NATIONAL LIFE INSURANCE, INC., that all claims in this action be dismissed with prejudice.  Each party shall bear its own costs and attorneys' fees.

Accordingly, these parties hereby request that the Court enter an order dismissing this action in its entirety with prejudice.

Dated:    March 9, 2010                                  **LAW OFFICES OF SUZY C. MOORE**


                                                             By:    _____/S/ Suzy C. Moore_____
                                                                      SUZY C. MOORE
                                                                      Attorney for Plaintiff Barbara Graham

-1-

Dated:     March 9, 2010                    **BARGER & WOLEN LLP**

By:    /S/ Martin E. Rosen
Martin E. Rosen, Esq.
Attorneys for Defendants MADISON NATIONAL LIFE INSURANCE, INC.

# – O R D E R –

It is so ordered.

DATED: 3/9/2010                    _/s/ OLIVER W. WANGER_____

UNITED STATES DISTRICT JUDGE